

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00227-CR

Michael Casey **FORAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 518258
Honorable Tommy Stolhandske, Judge Presiding

No. 04-18-00230-CR

Michael Casey **FORAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10025
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial courts are
AFFIRMED.

SIGNED December 12, 2018.

_____
Karen Angelini, Justice